1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   OSTEN E. SAUGSTAD,
11
            Plaintiff,                    Case No. 09-3516-JAM-KJM
12
13              v.                        ORDER GRANTING DEFENDANT'S
                                              MOTION TO DISMISS
14   AMERICAN HOME MORTGAGE
     SERVICING, INC.; UMOC LENDING,
15   INC.; OPTION ONE MORTGAGE
     CORPORATION; DANIEL BROWN
16   MORTGAGE DBA UMOC LENDING,
     INC.; DANIEL CHARLES BROWN;
17   SONJA WINDIFRED GORMAN; and
18   DOES 1-20 inclusive,
19          Defendants.
20   _____/

21        This matter comes before the Court on Defendant Sand Canyon

22   Corporation f/k/a Option One Mortgage Corporation's

23   ("Defendant's") Motion to Dismiss (Doc. 37) Plaintiff Osten E.

24   Saugstad's ("Plaintiff's") First Amended Complaint (Doc. 11).

25
26   Defendant seeks to dismiss the Complaint pursuant to Federal

27
28

                                    1

Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.[1]

Plaintiff did not file an opposition or statement of non-opposition to Defendant's Motion. Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date. Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules." Therefore, the Court will sanction Plaintiff's counsel, Catherine King, $250.00, unless she shows good cause for her failure to comply with the Local Rules.

After carefully considering the papers submitted in this matter, Defendant's Motion to Dismiss is hereby granted, with prejudice.

ORDER

For the reasons set forth above, Defendant's Motion to Dismiss is GRANTED WITH PREJUDICE.

It is further ordered, within ten (10) days of the date of this Order, attorney Catherine King must either (1) submit a statement of good cause for her failure to comply with the local

---

[1] This motion was determined to be suitable for decision without oral argument.  E.D. Cal. L. R. 230(g).

rules, or (2) pay a sanction in the amount of $250.00 to the Clerk of the Court.

IT IS SO ORDERED.

Dated: September 23, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE